# Court of Appeals
# of the State of Georgia

ATLANTA,   June 21, 2012

*The Court of Appeals hereby passes the following order:*

## A12A1997.  JOHN ESHUN, ET AL. v. FEDERAL NATIONAL MORTGAGE ASSOCIATION.

Appellee Federal Home Loan Mortgage Corporation, identified in John Eshun's notice of appeal as Federal National Mortgage Association, filed a dispossessory action against John Eshun in magistrate court.  The magistrate court ruled in favor of Federal Home Loan Mortgage Corporation, and Eshun appealed to superior court.  By order entered May 2, 2012, the superior court issued a writ of possession to Federal Home Loan Mortgage Corporation.  On May 9, 2012, Eshun filed his notice of appeal.  We lack jurisdiction.

When a superior court order involves a de novo appeal from a magistrate court decision, an appellant is required to follow the discretionary appeal procedure.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Here, Eshun filed an application for discretionary appeal, as well as a notice of appeal.  Eshun's application for discretionary appeal was denied on May 31, 2012.  Because Eshun is not entitled to a direct appeal, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 06/21/2012
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*